

U.S. Department of Justice

Ronald C. Machen Jr.
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

December 16, 2014

Nathan Silver, Esq.

By: Electronic mail

**FILED**
JAN - 8 2015
Clerk, U S District & Bankruptcy
Courts for the District of Columbia

Re:   United States v. Ricky Kelly, 13-cr-103 (EGS)

Dear Mr. Silver:

By letter dated November 19, 2014, you were provided information about the alleged misconduct of Federal Bureau of Investigation Special Agent Matthew Lowry, who is under investigation for alleged tampering with narcotics evidence and mishandling firearms evidence that had been seized during investigations. In that November 19, 2014, letter, the United States offered to make available to you for inspection, upon your request, the narcotics and physical evidence related to your client's case along with the original chain-of-custody reports associated with that evidence. With respect to the narcotics evidence specifically, the USAO-DC offered to resubmit the narcotics evidence to the Drug Enforcement Administration ("DEA"), upon your request, for additional testing.

By signing a copy of this letter, you and your client acknowledge that you have discussed the government's disclosures relating to Agent Lowry, and have also discussed the government's offer to make available to you, upon request, the narcotics and physical evidence in this case and original chain-of-custody reports, and the government's offer to submit narcotics evidence to the DEA for additional testing. Your client is acknowledging that he wishes to proceed with sentencing in this case, and is declining the government's offer to inspect the narcotics and physical evidence or to have the narcotics evidence retested.

Sincerely yours,

RONALD C. MACHEN JR.
United States Attorney

By: _____
Darlene Soltys
Assistant United States Attorney

Page 1 of 2

DEFENDANT'S ACKNOWLEDGEMENT

I have read the foregoing letter from the government and have discussed it with my attorney, Nathan Silver, Esq. I fully understand its contents. I have discussed with my attorney the government's disclosures relating to Agent Lowry, and have also discussed the government's offer to make available for inspection, upon request, the narcotics and physical evidence in this case and original chain-of-custody reports, and the government's offer to submit narcotics evidence to the DEA for additional testing. I decline the government's offer to inspect the narcotics and physical evidence or to have the narcotics evidence retested, and I wish to proceed to sentencing in this matter.

I do this voluntarily and of my own free will, intending to be legally bound. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Acknowledgement fully. I am satisfied with the legal services provided by my attorney in connection with this Acknowledgement and matters related to it.

Date: 12/17/14

Ricky Kelly
Defendant

ATTORNEY'S ACKNOWLEDGMENT

I have read the foregoing letter from the government and reviewed it with my client, Ricky Kelly. I concur in my client's desire to proceed to sentencing in this matter.

Date: Dec. 17, 2014

Nathan Silver, Esq.
Attorney for Defendant